**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TERICA IGWEDIMMA, individually, and on behalf of others similarly situated,

Plaintiffs,

v.

VEHO TECH, INC.,

Defendant.

No. 26-684-JLH

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Veho Tech, Inc. ("Veho") certifies that it has no parent corporation and is not aware of any publicly held corporation which owns 10% or more of Veho.

Dated: July 10, 2026

**BARNES & THORNBURG LLP**

*/s/ Elizabeth S. Fenton*

Elizabeth S. Fenton (DE No. 5563)
Brittany M. Giusini (DE No. 6034)
222 Delaware Ave, Suite 1200
Wilmington, Delaware 19801
Telephone: 302-300-3434
Facsimile: 302-300-3456
Email: efenton@btlaw.com
bgiusini@btlaw.com

OF COUNSEL:

Matthew J. Hank*
Joseph M. Carr*
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone: 267.402.3000
Facsimile: 267.402.3131
Email mhank@littler.com
jmcarr@littler.com

* Motions for *Pro hac vice* admission forthcoming

Attorneys for Defendant
Veho Tech, Inc.