# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **TERRIE IGWEDIMMA,** individually, and on behalf of others similarly situated, | Case No. |
| Plaintiffs, | Hon.: |
| **vs.** | Mag.: |
| **VEHO TECH, INC.**, | |
| Defendant. | |

**CONSENT TO JOIN**

I work or worked for Veho Tech, Inc. ("Defendant") as an hourly remote employee and worked uncompensated overtime.

I choose to participate in the above-captioned lawsuit to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief available under state and federal wage laws or common law.

I choose to be represented by Ash Law, PLLC and Rodriguez Law, PLC ("Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that where required by law Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Terrie Igwedimma

Signature: Terrie Igwedimma (May 15, 2026 09:16:54 CDT)

Date: 15/05/26