# EXHIBIT 3

Veho

# Coordinator, Live Operations Support, Remote

U.S. Full-Time Remote

## About Veho

Veho's mission is to revolutionize the world of package delivery by creating exceptional experiences for customers and drivers.

For too long, parcel delivery companies have focused solely on efficiencies and cost-management. Veho focuses on the end-customer. As the first technology company of its kind, Veho replaces the old delivery trucks with a platform of crowdsourced drivers and a network of hyper-local delivery stations. We partner with some of the most recognized consumer brands such as Warby Parker and Hello Fresh to provide an incredible experience with every delivery, and give customers control on how, when and where their package is delivered.

Customers LOVE us. Despite growing at a record-speed over the past two years, we maintain an incredibly high customer satisfaction rating of 4.9/5 stars, and an unprecedented on-time delivery rate of 99.9% - far above every other company in the country.

In short, we are building the logistics platform of the future.

Veho is backed by former top executives and board members at Uber, FedEx, UPS, eBay and Amazon, three former public company CEOs, early investors in Lyft and Instacart, as well as prominent venture capital firms General Catalyst, Tiger Global, and Softbank. We are a team of leaders who are passionate about building an incredible company that will change the face of this industry.

**About the Role**

While we continue to grow our delivery product, we are exploring new business opportunities that complement Veho's existing business and can add significant value. The initiative that this role focuses on is Doorstep Pickups. We need passionate and detail-oriented people to manage the live operation on a day-to-day basis. This is a very exciting opportunity to be on the ground floor of the next big Veho project and have a profound impact!

In this role, you'll be the main representative of Veho to both customers and drivers, making the experience go smoothly for both parties on every stop.

**What you'll do**

- Manage live customer and driver support during Pickup routes for multiple markets, across multiple time zones
- Act as a source of communication between Drivers, Customers and Veho
- Be an advocate of multiple internal and external stakeholders and be brand Ambassador on behalf of Veho
- Help drive customer adoption through text messaging

- Escalate customer and driver issues as it relates to the operation
- Give feedback to various stakeholders on how the operation can be improved
- Take part in production and other operational and non direct operational meetings
- Fill out and be accountable to operations reports and other key performance metrics
- "Dive Deep" into various types of escalation from customers, drivers, and other stakeholders

**Basic Requirements**

- 2 years experience in customer support, operations or related field
- Adaptability in using new tech platforms
- Empathy for the customer with great external communication skills; written and verbal
- Ability to a flexible schedule including weekend and later in the day shift start times.

**Preferred Requirements**

- Fast-moving, adaptable and creative
- Demonstrated experience automating manual tasks
- Always have a continuous improvement mindset
- Bachelor’s degree or equivalent work experience

- Knowledge of core metrics; Customer Satisfaction Rating (CSAT), Customer Adoption Rate, Driver CSAT

**The starting pay for this role is $20.50 / hour.**

#LI-Remote

Veho is a growth company that looks for team members to grow with it. Veho offers a generous ownership package, casual work environment, a diverse and inclusive culture, and an electric atmosphere for professional development. No matter the location, or the role, every Veho employee shares one galvanizing mission: to revolutionize the world of package delivery by creating exceptional experiences for customers and drivers. We are deeply value-driven (Ownership, Candor, Team Success, Human) and care tremendously about investing in people. We are committed to creating a diverse team and an environment that provides everyone with the opportunity to do the work of their lifetime. Veho is unable to provide sponsorship at this time. Applicants must be able to understand and effectively communicate orally and in writing with all parties regarding work matters, which are generally conducted in English. Qualified applicants will receive consideration without regard to race, color, religion, sex, national origin, age, sexual orientation, gender identity, gender expression, veteran status, or disability.

Veho

Cut your shipping costs, gain full visibility into all your shipments, and build customer loyalty with an incredible shipping experience. Welcome to package delivery, reinvented.

Read more

Founded 2016

51-200 employees

Diversified Consumer Services

View company profile

### Customer Service

Interview questions

Salary data

Browse all jobs

Report this job

SIMILAR JOBS

### Application Support Engineer (Temporary Worker)

· U.S. REMOTE · Today

### Application Support Engineer

· U.S. REMOTE · Today

### Sr. Partner Support Specialist

· Tampa, Florida, U.S. REMOTE · Today

### Bilingual Customer Service Representative

· U.S. REMOTE · Today

### Technical Support Engineer (AMER)

· Chicago, Illinois, U.S. REMOTE · Today

All startup jobs in one place.

### Job Seekers

Browse Jobs

Browse Companies

© 2016-2026 All rights reserved
Killbridge Ventures Pte. Ltd.

Startup Jobs Pro
Salaries
Salary Calculator
Hiring Trends
Interview Questions

**Employers**

Post a Job
Pricing
Terms of Service
Privacy Policy

**Connect**

X (Twitter)
API
Support

# Coordinator, Trust & Safety

Veho

This job is no longer accepting applications

See open jobs at Veho.

See open jobs similar to "Coordinator, Trust & Safety" General Catalyst.

Bogotá, Bogota, Colombia

USD 7-7 / hour

Posted 6+ months ago

Coordinator, Trust & Safety

Hybrid, Bogotá, Colombia

## About Veho

Veho's mission is to power the future of commerce by making shopping, shipping and returns seamless for everyone.

We are building a modern, end-to-end logistics infrastructure designed entirely for the ever-evolving needs of ecommerce brands and everyday consumers.

Powered by next-generation technology and a vertically integrated supply chain, Veho gives brands and their customers unprecedented control over their deliveries and removes the pain from the ecommerce post-purchase experience. We make delivery the 'extension of the brand' and leverage it to create deeper loyalty and trust between brands and their customers, driving customer retention and lifetime value. Our rapidly growing client list includes leading consumer brands like Hello Fresh, Zara, Macy's, Sephora, and more.

To truly build an iconic company, we strongly believe that our people and values must be aligned with our mission. As such, we take pride in our championship team, merit-based culture. We seek team players who want to compete, win, make an impact and build a legacy, and we reward performance and impact players with generous equity and incredible career growth opportunities.

**About the Role**

As a Trust & Safety Support Specialist, you will play a crucial role in supporting the Trust & Safety team by executing driver quality deactivations, performing incident triage, and providing essential operational support for Trust & Safety's incident investigation team. You will ensure prompt and effective handling of initial stages of trust and safety incidents, contributing to a secure and reliable platform for driver-partners, customers, and Veho staff. This role will report directly to the Senior Manager for Trust & Safety.

**Compensation:**

This is an exciting role that will put you at the center of Veho's efforts to maintain platform integrity. A few skills that will set you up for success in this role include empathy, integrity, attention to detail, strong communication skills, a collaborative mindset, critical thinking/problem-solving skills, and an understanding of policy and process adherence.

**What You'll Do:**

- Execute driver quality deactivations according to established policies and processes.
- Conduct initial incident triage, assessing the severity of incidents and directing them to the appropriate Trust & Safety team members for investigation.
- Provide operational support to the Trust & Safety incident investigation team, including collecting evidence and communication details across our communication platforms.
- Communicate with affected parties, such as customers, driver-partners, to collect information to further the investigation of incidents.
- Apply relevant trust and safety policies, protocols, and procedures to evaluate initial incident information.
- Document and communicate all incident details, including actions taken and outcomes achieved, and maintaining up-to-date documentation within Zendesk.

**What you bring:**

- Skills - Problem solving, strong writing skills, detail-oriented
- Experience - Slack, Gsuite, Zendesk, Twilio, Fraud, Legal, Platform Abuse
- Education - College preferred

Veho is a growth company that looks for team members to grow with it. No matter the location, or the role, every Veho teammate shares one galvanizing mission: driving commerce forward with a customer-centric

Join us in building the future of ecommerce logistics and in doing the work of our lifetime!

(Veho is unable to provide sponsorship at this time.)

All California applicants please reference our California Applicant Privacy Notice located here.

Ready to apply?

Powered by

First name *

Last name *

Email *

LinkedIn URL

Phone number *

Location *

Resume *
Click to upload or drag and drop here

Do you have a family member/spouse that works or has worked at Veho?

Yes

No

Are you available to work a flexible schedule that can include night, weekend and holiday shifts? *

Yes

No

Do you have direct, hands-on experience working in last-mile logistics? *

Yes

No

Do you have experience in content moderation or dealing with legally sensitive issues/content? *

Yes

No

Voluntary Self-Identification

To comply with government reporting requirements, we invite candidates to participate in the self-identification survey below. Your completion of this form is entirely optional, and your decision will neither influence the hiring process nor any subsequent stages. Any information you choose to share will be kept confidential and stored in a secure file. As outlined in our Equal Employment Opportunity policy, we uphold a commitment to non-discrimination based on any protected group status specified in applicable laws.

Gender

Race

Race and ethnicity descriptions

Voluntary Self-Identification of Veteran Status

Veteran status descriptions

Disabled veteran

A veteran who served on active duty in the U.S. military and is entitled to disability compensation (or who but for the receipt of military retired pay would be entitled to disability compensation) under laws administered by the Secretary of Veterans Affairs, or was discharged or released from active duty because of a service-connected disability

Recently separated veteran

A veteran separated during the three-year period beginning on the date of the veteran's discharge or release from active duty in the U.S military, ground, naval, or air service

Active duty wartime or campaign badge veteran

A veteran who served on active duty in the U.S. military during a war, or in a campaign or expedition for which a campaign badge was authorized under the laws administered by the Department of Defense

Armed Forces service medal veteran

A veteran who, while serving on active duty in the U.S. military ground, naval, or air service, participated in a United States military operation for which an Armed Forces service medal was awarded pursuant to Executive Order 12985 (61 Fed. Reg. 1209).

Veteran status

PUBLIC BURDEN STATEMENT: According to the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. This survey should take about 5 minutes to complete.

This job is no longer accepting applications

See open jobs at Veho.

See open jobs similar to "Coordinator, Trust & Safety" General Catalyst.

See more open positions at Veho

Powered by Getro A Findem company

Privacy policy Cookie policy

STAY CONNECTED

GENERAL CATALYST

Portfolio Capital Famiglia Transformations News & Content Our Team

Contact Careers Jobs at GC Terms & Conditions

